

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MICAH SCHMIT
Assistant United States Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
Az Bar No. 014887
micah.schmit@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR- 25-01904-TUC-MSA |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIOLATION: |
| Joel Lewis, | 18 U.S.C. §§ 113(a)(4) and 1153<br>Assault by Striking or Wounding<br>(A Designated Class A Misdemeanor) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about October 13, 2024, in the District of Arizona, within the confines of the Tohono O'odham Nation, Indian Country, the defendant, JOEL LEWIS, an Indian, did intentionally and forcibly assault H.B. by striking or wounding H.B., to wit: by placing his hands around H.B.'s throat causing some injury; all in violation of Title 18, United States Code, §§ 113(a)(4) and 1153, a designated class A misdemeanor.

Dated: 4/17/2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MICAH SCHMIT
Assistant United States Attorney